

| Home | About OFR | Apply for a License | Verify a License | File a Complaint | News | Research Resources |

## License Search Results Detail

| | |
|---|---|
| **License Name:** | CREDENCE RESOURCE MANAGEMENT, LLC |
| **DBA Name:** | |

| | |
|---|---|
| **License Type:** | Consumer Collection Agency |
| **Status:** | Approved |
| **Status Effective Date:** | 10/22/2015 |
| **Original Date of License:** | 1/3/2014 |
| **License Number:** | CCA9903273 |
| **License Expiration Date:** | 12/31/2016 |

**License Main Address:**

| | |
|---|---|
| **Street:** | 17000 DALLAS PARKWAY SUITE 204 |
| **City:** | DALLAS |
| **State:** | TX |
| **Zip Code:** | 75248 |

**License Mailing Address:**

| | |
|---|---|
| **Street:** | 17000 DALLAS PARKWAY SUITE 204 |
| **City:** | DALLAS |
| **State:** | TX |
| **Zip Code:** | 75248 |

**Phone Number:**

Search for Final Orders

[ New Search ]   [ Return to Search Results ]

| Accessibility | Contact Us (850) 487-9687 | Site Map |