

**Credence**

*Excellence Beyond Belief*

17000 Dallas Parkway
Suite 204
Dallas, TX 75248
855-703-2290

| | |
|---|---|
| Name: | Stacy Palma |
| Original Creditor: | MARSHLAND EMERGENCY PHYS LLC |
| Creditor: | Pendrick Capital Partners II LLC |
| Creditor Account No: | 000138179575 0316933 |
| Credence Reference ID: | 125702520 |
| Balance Due: | $2,355.00 |

Date: February 1, 2016

## ACCOUNT NOTIFICATION

Our client, Pendrick Capital Partners II LLC, has purchased your account from MARSHLAND EMERGENCY PHYS LLC and has assigned it to Credence Resource Management LLC.

Your account is now delinquent and due in full. We wish to resolve this matter amicably, therefore please send your payment for the above amount to the address below or contact us at the toll free number 855-703-2290.

We also offer the convenience of paying online via credit card or debit card at www.credencerm.com.

Sincerely,
Credence Resource Management LLC

This communication is from a debt collector. This communication is an attempt to collect a debt. Any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of the judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

A menos de que Ud notifique a esta oficina dentro de 30 dias despues de recibir esta noticia, que Ud esta en desacuerdo con la validez de esta deuda o alguna porcion de esta misma esta oficina asumirá que la deuda es válida. Si Ud notifica a esta oficina por escrito dentro de 30 dias despues de haber recibido esta noticia, esta oficina obtendrá verificación de la deuda y le enviara una copia. Si Ud solicita a esta oficina por escrito dentro de 30 dias despues de haber recibido esta noticia, esta oficina le proveerá a Ud con el nombre y la dirección del principal acreedor, si fuera diferente del presente acreedor.

---

### Credence Resource Management LLC CONTACTS

**Telephone Hours:**
Monday to Friday 8:00 AM to 9:00 PM EST
Saturday      8:00 AM to 2:00 PM EST
Tel: 855-703-2290

**Send Mail To:**
Credence Resource Management LLC
PO Box 2210
Southgate, MI 48195-4210

**Pay Online:**
www.credencerm.com

RENOVAL

*In order to credit your account properly, you must return this bottom portion with your payment.*

---

Call CREDENCE RESOURCE MANAGEMENT at 855-703-2290 to make payment by check, credit or debit card or mail your payment to Credence Resource Management LLC PO Box 2210, Southgate MI 48195-4210.

**IF PAYING BY CREDIT CARD, FILL OUT BELOW.**

 VISA    MasterCard

| Card Number | | CC IDa |
|---|---|---|
| Signature | | Exp. Date |

| Credence Reference ID | Balance Due | Amount Paid |
|---|---|---|
| 125702520 | $2,355.00 | $ |
| Creditor | Client Acct No | |
| Pendrick Capital Partners II LLC | 000138179575 0316933 | |

PO Box 2300
Southgate, MI 48195-4300

Stacy Palma
9108 NW 35th Pl
Sunrise, FL 33351-6438

**Remit Payment To:**

Credence Resource Management LLC
PO Box 2210
Southgate, MI 48195-4210

CRML//722072082448   000011254 /000000044

Our client, Pendrick Capital Partners II, LLC ("Pendrick CP II"), has asked us to provide you with the information contained below.

This notice is being provided to you in compliance with the Gramm-Leach-Bliley Act.

This notice has no reflection or bearing upon the status of your account. For example, if your account has been settled, the balance has been paid, the balance has been disputed, or if you have filed for bankruptcy protection, the status of your account shall not change as a result of this notice.

The privacy and security of your personal information is important to Pendrick CP II, Pendrick CP II does not share information about you with anyone, except as permitted by law. This notice will inform you about Pendrick CP II policies and procedures concerning the personal information about that Pendrick CP II obtains, maintains and discloses in connection with the account(s) of your that Pendrick CP II owns. Pendrick CP II collects nonpublic information about you that is obtained from one or more of the following sources.

1.  Information Pendrick CP II received from companies that sold Pendrick CP II your account(s)

2.  Information about your transactions with Pendrick CP II affiliates ; and

3.  Information from skip tracing companies and/or consumer reporting agencies

INFORMATION PENDRICK CP II MAY SHARE WITH PENDRICK CP II AFFILIATES – Pendrick CP II may share identification (such as name and address) information about Pendrick CP II transactions and experiences with you (such as payment history) and information that does not identify you, with Pendrick CP II affiliates. By sharing this information, Pendrick CP II is better able to service your account(s).

INFORMATION PENDRICK CP II MAY SHARE WITH NONAFFILIATED COMPANIES – Pendrick CP II shares all of the information Pendrick CP II collects about you, as described above, with non affiliated companies, as permitted by law, to assist in the servicing of your account(s). For example, Pendrick CP II:

1.  May share information about you with companies that Pendrick CP II uses to perform account servicing functions to manage and maintain your account and to process transaction you have authorized; and

2.  May report information about you to consumer reporting agencies, government agencies in response to a subpoena, or others in connection with investigations.

Because Pendrick CP II respects your privacy, Pendrick CP II does not sell, trade or otherwise disclose your identity or any other personal information about you to third parties for their marketing. Pendrick CP II does not share collected information about customers or former customers with third parties for any other purpose, except as permitted by applicable privacy law. For example, collected information may be shared in certain circumstances (A) with third parties, to service or enforce accounts, (B) with credit reporting agencies, and (C) with law enforcement officials, to protect against fraud or other crimes.

CONFIDENTIALITY AND SECURITY OF YOUR ACCOUNT(S) – Pendrick CP II restricts access to nonpublic personal information about you to only those employees who need to know such information, and third party service providers who provide support services to Pendrick CP II, Pendrick CP II maintains physical, electronic and procedural safeguards to protect your personal information. If Pendrick CP II uses other companies to provide services for Pendrick CP II, Pendrick CP II requires them to keep the information Pendrick CP II shares with them safe and secure and Pendrick CP II does not allow them to use or share information for any purpose other than the job they are hired to do.

**Special Notice Regarding Collected Information Subject to the Fair Debt Collection Practices Act.** This Privacy Notice is being sent to you by Pendrick CP II in accordance with federal privacy law, and it describes our privacy practices generally. However, please be assured that collected information that is received or used for purposes of collecting a debt subject to the Fair Debt Collection Practices Act is communicated only in accordance with that Act.

FURTHER INFORMATION: for additional information concerning Pendrick CP II privacy policy, you may write to Pendrick CP II at: Pendrick Capital Partners II, LLC Attn: Customer Service, 79 Warren St, Suite 2c, Glens Falls. NY 12801.