## Pendrick
## Secure Payment

**Credence**
*Excellence Beyond Belief*

## Payment Information:

| | |
|---|---|
| **Payment Date:** | 03/07/16 |
| **Payment Amount**∗: | $ 2355.00 |
| **Convenience Fee:** | $5.00 |
| **Total Charge:** | $2360.00 |
| **Credence Account Number**∗: | |

*(as it appears on your letter or statement)*

## Credit Card Information:

| | |
|---|---|
| **Card Type**∗: | Discover ▼ |
| **Name as on Card**∗: | |
| **Card Billing Address**∗: | |
| **Card Billing Zipcode**∗: | |
| **Card Number**∗: | |
| **Card Expiration Date**∗: | MMYY |
| **Card (CVV2/CID) Number**∗: | |

[What is the Card ID?]

## Billing Information:

| | |
|---|---|
| **Company Name:** | |
| **First Name:** | |
| **Last Name:** | |
| **Address:** | |
| **Address Line 2:** | |
| **City:** | |
| **State:** | FL |
| **Zip:** | |
| **Country:** | |
| **Phone Number**∗: | |

Credence Resource Management

*Pendrick*
*Secure Payment*

**Credence**
*Excellence Beyond Belief*

VISA    MasterCard    DISCOVER

## Payment Information:

**Payment Date:** 03/07/16

**Payment Amount**\*: $[1]

**Convenience Fee:** $5.00

**Total Charge:** $6.00

**Credence Account Number**\*: [        ]

*(as it appears on your letter or statement)*

## Credit Card Information:

**Card Type**\*: [Visa ▼]

**Name as on Card**\*: [        ]

**Card Billing Address**\*: [        ]

**Card Billing Zipcode**\*: [        ]

**Card Number**\*: [        ]

**Card Expiration Date**\*: [        ] MMYY

**Card (CVV2/CID) Number**\*: [        ]
[What is the Card ID?]

## Billing Information:

**Company Name:** [        ]

**First Name:** [        ]

**Last Name:** [        ]

**Address:** [        ]

**Address Line 2:** [        ]

**City:** [        ]

**State:** FL

**Zip:** [        ]

**Country:** [        ]

**Phone Number**\*: [        ]

Credence Resource Management

## Pendrick
### Secure Payment

**Credence**
*Excellence Beyond Belief*

VISA    MasterCard    DISCOVER

## Payment Information:

| | |
|---|---|
| **Payment Date:** | 03/07/16 |
| **Payment Amount**∗**:** | $ 10000000 |
| **Convenience Fee:** | $5.00 |
| **Total Charge:** | $10000005.00 |
| **Credence Account Number**∗**:** | |

*(as it appears on your letter or statement)*

## Credit Card Information:

| | |
|---|---|
| **Card Type**∗**:** | Visa ▼ |
| **Name as on Card**∗**:** | |
| **Card Billing Address**∗**:** | |
| **Card Billing Zipcode**∗**:** | |
| **Card Number**∗**:** | |
| **Card Expiration Date**∗**:** | MMYY |
| **Card (CVV2/CID) Number**∗**:** [What is the Card ID?] | |

## Billing Information:

| | |
|---|---|
| **Company Name:** | |
| **First Name:** | |
| **Last Name:** | |
| **Address:** | |
| **Address Line 2:** | |
| **City:** | |
| **State:** | FL |
| **Zip:** | |
| **Country:** | |
| **Phone Number**∗**:** | |