**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

STACY PALMA**,**

Plaintiff,

v. CASE NO.: 0:16-cv-60552-JAL

CREDENCE RESOURCE MANAGEMENT, LLC

Defendant.
_______________________________________/

**NOTICE OF PENDING SETTLEMENT**

Defendant, Credence Resource Management, LLC (CRM), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: April 13, 2016

Respectfully Submitted,

*/s/ Ashley N. Rector*

Ashley N. Rector
Florida Bar No. 0106605
Dayle M. Van Hoose, Esq.
Florida Bar No.: 016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3350 Buschwood Park Drive, Ste. 195
Tampa, Florida 33618
Telephone No.: (813) 890-2469
Facsimile No.: (866) 466-3140
arector@sessions.legal
dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Credence Resource Management, LLC*

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of April 2016, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Thomas J. Patti, Esq.
Thomas-John Law, P.A.
110 SE 6th Street, Suite 1700
Fort Lauderdale, FL 33301
tpatti@thomasjohnlaw.com

Jibrael S. Hindi, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1700
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com

*/s/ Ashley N. Rector*
Attorney