UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: CASE NO.: 0:16-cv-60552-JAL

STACY PALMA, individually,

Plaintiff,

v.

CREDENCE RESOURCE MANAGEMENT, LLC,

Defendant.
_______________________________________/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the *Dismissal with Prejudice* of this action.

**Dated**: May 31, 2016

/s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail: tpatti@thomasjohnlaw.com
Thomas-John Law, P.A.
110 SE 6th Street, Suite 1700
Fort Lauderdale, Florida 33301
Phone: 877-575-0010
Fax: 954-507-9975

/s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1700
Fort Lauderdale, Florida 33301
Phone: 954-907-1136
Fax: 844-542-7235

/s/ Ashley N. Rector
**ASHLEY N. RECTOR, ESQ.**
Florida Bar No. 0106605
Dayle M. Van Hoose, Esq.
Florida Bar No.: 016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3350 Buschwood Park Drive, Ste. 195
Tampa, Florida 33618
Telephone No.: (813) 890-2469
Facsimile No.: (866) 466-3140
arector@sessions.legal
dvanhoose@sessions.legal

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 31, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1700
Fort Lauderdale, Florida 33301
Phone: 954-907-1136
Fax: 844-542-7235